1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARTINEZ ORNELAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR.,<br><br>　　　　　Respondent. | Case No. CV 09-8558 DOC(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), the Motion to Dismiss the Petition ("Motion"), the Opposition to the Motion, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections").

The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections, except that the citations to Porter v. Ollison which appear on pages 10 and 11, are ordered replaced with citations to

///

the recently amended version of the opinion in such case, which was issued after the Report and Recommendation was filed and appears at 2010 WL 3349193 (9th Cir. Aug. 26, 2010).

IT IS ORDERED that Judgment be entered granting the Motion, denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 27, 2010

_/s/ David O. Carter_
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE