UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARTINEZ ORNELAS, | Case No. CV 09-8558 DOC(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| DOMINGO URIBE, JR., | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition for Writ of Habeas Corpus by a Person in State Custody is granted, the Petition for Writ of Habeas Corpus is denied, and this action is dismissed with prejudice.

DATED: September 27, 2010

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE